# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STACY SMITH,

    Plaintiff,

Case No. 3:25-cv-837-MMH-LLL

v.

TRANS UNION, LLC, ET AL.,

    Defendants.

_____

## ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the defendant **NEXUM GROUP, INC.,** in Jacksonville, Florida, on the 15th day of October 2025.

ELIZABETH M. WARREN, CLERK

/s/ N. Kojic, Deputy Clerk

Copies furnished to:
Counsel of record